155 So.2d 603

**Joseph Charles JONES**

v.

**STATE.**

**3 Div. 44.**

Supreme Court of Alabama.

July 25, 1963.

Fred Gray and Solomon S. Seay, Jr., Montgomery, Jack Greenberg and Leroy D. Clark, New York City, and Louis H. Pollak, New Haven, Conn., for petitioner.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of Joseph Charles Jones for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Jones v. State, 155 So.2d 603.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

157 So.2d 228

**Eugene LAWSON**

v.

**STATE.**

**8 Div. 154.**

Supreme Court of Alabama.

Oct. 31, 1963.

Richmond M. Flowers, Atty. Gen., Bernard F. Sykes, Asst. Atty. Gen., and Roy E. Hicks, Legal Research Aide, Montgomery, for petitioner.

Harold T. Pounders, Florence, opposed.

LIVINGSTON, Chief Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Lawson v. State, Ala.App., 157 So.2d 226.

Writ denied.

SIMPSON, MERRILL and HARWOOD, JJ., concur.

154 So.2d 46

**James Corbitt LEE**

v.

**STATE.**

**4 Div. 168.**

Supreme Court of Alabama.

May 30, 1963.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., for petitioner.

Jas. M. Prestwood, Andalusia, opposed.

LIVINGSTON, Chief Justice.

Petition of the State by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Lee v. State, Ala.App., 154 So.2d 45.

Writ denied.

SIMPSON, MERRILL and HARWOOD, JJ., concur.